IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE WENGER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 18-912 |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security, | : |
| Defendant. | : |

# **O R D E R**

This 11th day of February, 2019, following consideration of Plaintiff's Request for Review and the Defendant's Response thereto, careful consideration of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, Plaintiff's Objections and Defendant's response, it is hereby **ORDERED** as follows:

1. Plaintiff's Objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Request for Review is **DENIED**;

4. Judgment is **GRANTED** in favor of the Defendant; and

5. The Clerk of Court shall mark this case **CLOSED**.

    /s/ Gerald Austin McHugh
United States District Judge